TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINER
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6269
     E-mail:  valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00288(A)-SVW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| MARINA SARKISYAN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, and defendant Marina Sarkisyan ("defendant"), by and through her counsel of record, Craig Missakian, Esq., hereby stipulate as follows:

    1.   On May 17, 2018, the original indictment was filed against the defendant in this case, which charges the defendant with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349, and health care fraud, in violation of Title 18, United States Code, Section 1347.  A First Superseding

Indictment was subsequently returned against defendant on June 18, 2019, which contains the same charges against defendant.

2. On November 23, 2020, the defendant's executed plea agreement was filed with the Court. In the plea agreement, the defendant agreed to plead guilty to Count One of the First Superseding Indictment, conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

3. On March 3, 2021, the Court held a change of plea hearing during which time the defendant pleaded guilty to Count One of the First Superseding Indictment. The Court scheduled a sentencing hearing for the defendant for June 30, 2021, at 11:00 a.m. After several continuances, the sentencing hearing was scheduled for November 8, 2021. The Court continued the sentencing to February 28, 2022.

4. By this stipulation, the parties move to continue the defendant's sentencing hearing from February 28, 2022, to August 1, 2022, at 11:00 a.m. The parties request this continuance based upon the following facts, which the parties believe demonstrate good cause to continue the defendant's sentencing hearing. Due to the COVID-19 pandemic, defendant has not been able to prepare fully for sentencing. Defendant requests additional time to prepare for sentencing, meet with counsel to prepare her position re: sentencing, and prepare letters of support to present to the Court for consideration.

5. The case against the main defendant, Roshanak Khadem, was recently resolved in its entirety upon the court's acceptance of guilty pleas from Ms. Khadem. Ms. Khadem is scheduled to be sentenced on June 27, 2022.

6. Therefore, the parties herein agree that defendant should be sentenced after Ms. Khadem.

7. Based on the foregoing facts, the parties request that the Court continue the sentencing hearing for the defendant from February 28, 2022, to August 1, 2022 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: 2/23/22

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


 /s/ *Valerie L. Makarewicz*
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA


Dated: 2/23/22          */s/ Craig Missakian(with permission)*
CRAIG MISSAKIAN, ESQ.
Attorney for Defendant MARINA SARKISYAN

3