TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINER
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:  valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-00288(A)-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING |
| v. | |
| MARINA SARKISYAN, | |
| Defendant. | |

    The Court has read and considered the parties' Stipulation to Continue Defendant's Sentencing Date. FOR GOOD CAUSE SHOWN, defendant's sentencing hearing in this case continued from February 28, 2022, to August 1, 2022, at 11:00 a.m.

    IT IS SO ORDERED.

_____     _____
DATE                                                      HONORABLE STEPHEN V. WILSON
                                                                        UNITED STATES DISTRICT JUDGE